# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| SANDRA J. MILLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 03-3440-CV-S-FJG-SSA ) |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration | ) ) ) ) ) |
| Defendant. | ) |

# ORDER

Currently pending before the Court is Defendant's Motion for Final Judgment (Doc. # 8). On February 9, 2004, the Court remanded this case pursuant to 42 U.S.C. § 405(g), sentence 6. Defendant states that upon remand, an ALJ issued a favorable decision on March 4, 2005.

Accordingly, as there is no longer a case or issue properly before the Court, the Court hereby **GRANTS** defendant's Motion for Final Judgment (Doc. # 8) and hereby DISMISSES this action.

**IT IS SO ORDERED.**

Date: April 17, 2006
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
United States District Judge